IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------ X

UNITED STATES OF AMERICA :

v. :

STEPHEN SNYDER, :   Criminal No. 1:20-cr-00337-GLR

Defendant. :

------------------------------ X

### ORDER SEALING FILING

Upon consideration of the Motion of Defense Counsel to Seal Correspondence to The Hon. George L. Russell, III, it is hereby ORDERED

(1) That the Motion to Seal is GRANTED; and it is further ORDERED

(2) That the correspondence to The Hon. George L. Russell, III is hereby SEALED from public viewing until such time as the Court may determine that such sealing is no longer necessary.

_____  8/7/2023
The Hon. George L. Russell, III
United States District Court Judge