**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Case No. 1:20-cr-00337-GLR** |
| **STEPHEN L. SNYDER,** | * | |
| **Defendant.** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STATUS REPORT**

The United States of America, by its undersigned counsel, submits this Status Report in response to the Court's Order, ECF No. 169.

1) The United States will withdraw, or the Court can deny as moot, the Government's Motion to Disqualify Defense Counsel, ECF No. 25, because defense counsel has withdrawn their appearance.  Two defense motions to dismiss remain pending, ECF Nos. 52 and 53.  The Government does not believe that any motions have been rendered moot as a result of the Fourth Circuit's decision in *In re: Grand Jury 2021 Subpoenas*, Case No. 22-1654.

2) The Government would like to supplement its response to the Defendant's Motions to Dismiss with documents that have been produced following the resolution of the appeal.  The Government received the majority of the documents last week.  There are more than 20,000 pages of documents.  The Government is requesting that the Court allow the parties to file any supplements to the pending motions by March 1, 2024.  The Government is requesting that the Court schedule a motions hearing.  Government counsel is in trial from May 13, 2024 to June 7, 2024, but will otherwise make himself available for a hearing.

3) n/a

4) The Government is requesting that the Court schedule the trial.  Due to Government counsel's current trial schedule, the Government is requesting that the trial occur no earlier than March 2025.  The Government expects to be able to present its case in two weeks.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4920
matthew.phelps@usdoj.gov

**CERTIFICATE OF SERVICE**

A copy of the foregoing was mailed to the defendant via first class mail at the following address and a courtesy copy was also emailed to the defendant.

Stephen L. Snyder
1811 Courtyard Circle
Pikesville, MD 21208
ssnyder@litigationteam.com

_____/s/_____
Matthew P. Phelps
Assistant United States Attorney