IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Criminal Case No.   GLR-20-0337 |
| STEPHEN L. SNYDER | * | |
| | * | |

******

## ORDER

Pending before the Court is the self represented Defendant's Motion to Disqualify and a request to have the motion placed under seal. (ECF 172). In his motion, the Defendant asserts that this Court's robust engagement with his counsel and government counsel during oral argument related to a Motion to Dismiss and/or "potential issues between your family and mine" necessitates disqualification of the undersigned judge, and Defendant requests that the document itself be placed under seal.

The Defendant did not provide any facts or basis for disqualification or to placement of the matters under seal outside of the public view accordingly, the Motion to Disqualify and/or to Place the Motion Under Seal is hereby DENIED.[1] By separate order the Court has imposed a deadline for motions in the above captioned case.

Dated: February 1, 2024

George L. Russell III
United States District Judge

---

[1] The Court notes the Defendant failed to comply the Local Rule filing requirements set forth in Local Rules 105 and 207 (D. Md 2023) Nevertheless the Court will consider and accept the motion for consideration. Future filings are subject to being returned as non-compliant and may result in a denial of the relief requested.