IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case No. 1:20-cr-00337-GLR |
| STEPHEN L. SNYDER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Pursuant to the Court's February 1, 2024 Order, ECF No. 173, the United States is reporting that it is now in possession of the "Stern Memo." The Government has emailed a courtesy copy of the Stern Memo to Mr. Snyder, and will provide it to the Court, if requested. The Government expects that the Stern Memo will likely be an exhibit to the Government's supplement, which is due on March 8, 2024.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Matthew P. Phelps
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4920
matthew.phelps@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was mailed to the defendant via first class mail at the following address and a courtesy copy was also emailed to the defendant.

Stephen L. Snyder
1811 Courtyard Circle
Pikesville, MD 21208
ssnyder@litigationteam.com

                                                 _____/s/_____
                                                 Matthew P. Phelps
                                                 Assistant United States Attorney