IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**Plaintiff**

**Vs.**                                            Case Number: GLR-20-0337

**STEPHEN L. SNYDER**

**Defendant**

## STATUS REPORT

Pursuant to the Court's February 22th, 2024 Order, Respondent submits the following case status report:

1. Pursuant to court inquiry related to the thumb drive in possession of Mr. Weiner. Respondent has requested said thumb drive on numerous occasions. It is imperative the Respondent receive said Thumb Drive to properly and effectively prepare his defense.
2. Respondent authorized Mr. Weiner to distribute required documents to the government, which has been provided to the Government in complete form prior to the writing of this status report.
3. Mr. Weiner has authorized Respondent to visit his office and examine documents that he distributed to the government via 'thumb drive.'
4. Mr. Weiner **did not, and has not**, provided Respondent with either an identical 'thumb drive' or the contents of said 'thumb drive.'
5. Mr. Weiner has provided the 'thumb drive" and/or the contents of said 'thumb drive' to the Government.
6. Respondent will argue that Mr. Weiner has a legal obligation to provide the contents of the 'thumb drive' to Respondent, regardless of any current dispute between these partie.
7. All parties are familiar with the "Stern Memo." No sensitive issues are present therein.
8. A hearing on the significance of the "Stern Memo" has yet to occur.
9. Respondent requests that the Court hold a hearing on the significance, if any, of the "Stern Memo."
10. Respondent denies any communications on said subject with Mr. Stern.
11. Respondent is unaware of any notes created by Mr. Stern on said subject.
12. Respondent's reading of documents produced by Mr. Stern reveals no reference to said issue.

14. Neither Respondent, nor Mr. Weiner, possess any note, document, reference, or conversation with Respondent regarding this memo's significance, if any.

15. **During the Brady hearing, Respondent expressed concern regarding the relevant status of Mr. Wiener once (the court expressed that Mr. Wiener may be disqualified) document has been produced. (clarification... appears to need a correction when produced or when produced or has not been produced... not sure but lets correct and verify the statement as it is relevant to the report)**

16. Grievance filed in October 2018, and no indictment was filed and no prosecution resulted from said Grievance. The disciplinary commission also decided not to move forward with filing charges because of lack of criminal intent and because of Respondent being under the advice of council.

17. Mr. Wise, no longer a representative for the US Attorney's office going forward, discharged him for unscrupulous conduct, failure to respect the new US Attorney, and promotion of his own book.

18. The submission of an Amicus Brief in an unrelated case involving an effort to disqualify a large law firm by virtue of accusing the firm of money laundering. The current US Attorney immediately had Mr. Wise removed and allowed the Amicus Brief to be submitted in current form.

19. A memo by the current US Attorney was issued mandating how a member of his staff could pursue cases against the US Attorney by his staff.

## Proposed Schedule Going Forward

20. Respondent will require thirty (30) minutes to argue the sensitive/sealed issue on the Motion to Disqualify.

21. Respondent will require three (3) hours to argue the Motion to Dismiss. Three expert witnesses will be called to testify during this time.

22. Respondent will require (15) minutes to argue the document issues regarding Mr. Stem.

23. A Motion to Dismiss is pending, and the potential of a trial on the merits before a jury remains.

24. Respondent estimates a trial in this matter will require two weeks to conclude.

25. The Government suggests that this trial commence no earlier than March 2025.

26. Respondent has asked the court to set a trial date if necessary for May 2024. The government has offered no legitimate reason for this trial to take place over a year from today. This case has been pending under indictment since 2020, with a grievance having been filed in October of 2018.

asking for a significant delay for the commencement of trial, it is clearly punitive to the Respondent.

29. The Bar Council Chairman conducted an 18 month investigation which was far from complete or accurate and misled the US Attorney and the court of the accurate facts pertaining to this case.

30. This case should be without question Dismissed with prejudice and a not guilty verdict should be entered in favor of the Respondent.

31. The Respondent respectfully requests in all future electronically distributed documents that he be copied as well.

Respectfully Submitted,

_____
Stephen L. Snyder
Maryland Bar#:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com
Defendant



VALUE IN PREVENTION OF MARYLAND, LLC                                                                            Snyder, Stephen (ID: 341), DOB: 05/11/1947

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LOGGED \_\_\_ RECEIVED

FEB 2 2 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____  DEPUTY

CR 7

Night Drop

