IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**Plaintiff**

Vs.                                                                 Case Number: GLR-20-0337

**STEPHEN L. SNYDER**

**Defendant**

USDC- BALTIMORE
'24 MAR 8 AM10:13

## STATUS REPORT

Pursuant to the Court's March 8th, 2024 Order, Respondent submits the following case status report:

Judge Russel, this trial should absolutely go forward on its merit this year no later than July/August of 2024. Trial will take no longer than two weeks for both sides to complete their presentations from start to finish. I can't see how the government will take more than at most two days before the jury.

My presentation, although I need do nothing, is more complex, and I'm dealing with multiple people who successfully deceived you at the Brady hearing and by Leo Wise's argument.

This request is premised on a hearing of our unheard motion to dismiss to which a great deal of work has been done. Maybe, you will grant the motion to dismiss and this nightmare can end once and for all.

My only request is that if we have a trial, you will provide some



Rcv'd by: _____AR_____

[redacted]

We should have our motion to dismiss hearing within a month of your forthcoming order. If you recall, Arnold Weiner had submitted motions to dismiss one and two. The government has replied, and I intend to make its content abundantly clear at our oral hearing.

This conduct involves representation of Michele Sanders, which began in early 2018. We are presently in 2024, and I am very worried whether a trial can be conducted smoothly, [redacted]

I made a strategic decision with full knowledge of the areas that I thought were sensitive and personal, and did not belong in the public domain. There continues to be multiple entanglements that are sensitive.

It's in the best interest of all involved that these motions remain protected by the court. They should remain under seal and in private. It should be heard by the court privately, because if there is a need for appellate review of prejudicial conduct, the Appellate review court needs to have all relevant motions, requests, objections and additional details.

I believe it is in no one's interest for these issues not to be put on the record, as the appellate court, of course, needs to review these issues if an appeal is necessary. I'm just not sure the proper form to convey sensitive issues in a private setting

I have retained a technologist to put documents on the screen, as well as two paralegals. So, I am trying my best to be compliant.

Respectfully Submitted,

_____
Stephen L. Snyder
Maryland Bar#:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on March 7, 2024, copies of the within Motion to Seal were served on Government counsel via Certified US Mail. A paper copy of the within Motion will be hand-delivered to the Clerk's Office, Attn: Judge Russell, U.S. District Court for the District of Maryland, 101 W. Lombard Street, 4th Floor, Baltimore, MD 21201.

*/s/ Stephen L. Snyder*
Stephen L. Snyder
Maryland Bar#:
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com
Defendant

4