IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | *   Case No. 1:20 cr-00337-GLR |
| | * |
| STEPHEN L. SNYDER, | * |
| | * |
| Defendant | * |
| | * |

**SUPPLEMENTAL STATUS REPORT AND REQUEST FOR PHONE CONFERENCE PRIOR TO A HEARING TO BE SCHEDULED**

Pursuant to the Court's March 25, 2024, Order (ECF No.186), Defendant Snyder submits the following Supplemental Status Report and Request for Phone Conference.

1. In mid-March 2024, a letter written by a current employee of mine was sent to the Prosecutor, Mathew Phelps. The letter is under seal and should remain so. The writer of the letter is not aware that I have seen this submission.

2. In the letter, the employee made allegations which I maintain are false.

3. The allegations are egregious and will certainly cause bias against me.

4. The Prosecutor acted vindictively by submitting the letter to you, Judge Russell, as the District Court is not the appropriate venue for such a matter and the allegations could only serve to cast a bad light on me.

5. The information provided in numbers 1 through 4 of this report are reason enough for the you to remove yourself from this case. However, I strongly believe that I hold additional information that will further support the need for you to be disqualified. The extremely sensitive nature of this information necessitates a private hearing, so that it is not detailed in a filing for others not involved in this case to view.

1

6. I am requesting a phone conference, preceding any future hearing, at which time I will provide ample cause for this request.

Respectfully submitted,

*Stephen J. Snyder*

Stephen L. Snyder
Defendant
1811 Courtyard Circle
Baltimore, Maryland 21208
Telephone: 443-610-7611
Steveslaw@icloud.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2024, a paper copy of the Defendant's Supplemental Status Report and Request For Phone Conference Prior To A Hearing To Be Scheduled was served on Government counsel via Certified Mail. A paper copy has, also, been sent via Certified Mail to the Clerk's Office, Attn: Hon. Judge Russell, U.S. District Court for the District of Maryland, 101 W. Lombard Street, 4th Floor, Baltimore, Maryland 21201.

_____
Stephen L. Snyder

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Case No. 1:20 cr-00337-GLR |
| | * | |
| STEPHEN L. SNYDER, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER TO SEAL

Upon consideration of Defendant Stephen L. Snyder's Motion to Seal his Supplemental Status Report and Request For Phone Conference Prior To A Hearing To Be Scheduled, it is hereby ORDERED that the Motion to Seal is GRANTED.

_____
Hon. George Levi Russell, III
United States District Court Judge