**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF  
DEBORAH L. BOARDMAN  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
(301) 344-0637  
MDD_DLBChambers@mdd.uscourts.gov

May 10, 2024

**LETTER ORDER**

RE:   *United States v. Snyder*
      DLB-20-337

Dear Counsel and Mr. Snyder:

As we discussed at the May 3, 2024 status hearing, I would like schedule a hearing on Mr. Snyder's two pending motions to dismiss the indictment, ECF 52 and 53. Those motions are fully briefed. *See* ECF 52-1 (Mr. Snyder's memorandum in support of ECF 52); ECF 66 (Mr. Snyder's memorandum in support of ECF 53); ECF 70 (government's omnibus opposition); ECF 79 (Mr. Snyder's omnibus reply); ECF 182 (government's supplement in opposition).

Mr. Snyder suggested in a recent filing, ECF 171, at 2, and at the May 3 status hearing that he wants to present the testimony of three expert witnesses at the motions hearing. It is not apparent to me why those witnesses are necessary to decide the motions, but I will give Mr. Snyder the opportunity to explain why. I, therefore, propose the following briefing schedule on whether the expert witness testimony is necessary to resolve the motions:

| | |
|---|---|
| May 31, 2024: | Mr. Snyder's brief in support of his request to present expert testimony at the motions hearing |
| June 14, 2024: | Government's response |
| June 28, 2024: | Mr. Snyder's reply |

I also propose we schedule the motions hearing for July 26 at 10:00 a.m.

We will have an on-the-record call on May 17 at 1 p.m. to confirm this schedule. In addition, please be prepared to discuss the status of discovery, expert witness disclosures, and a tentative trial date. The government, Mr. Snyder, and standby counsel Gerry Ruter should meet and confer to discuss these issues before the call and try to reach an agreement where possible. My chambers will circulate call-in information.

Although informal, this letter is an Order of the Court and shall be docketed as such.

    Sincerely,

    Deborah L. Boardman
    United States District Judge