PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) |
| | ) |
| Stephen Snyder | ) Case No. 1:20CR00337-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

- The defendant is placed in the custody of his daughter, Deanna Snyder, who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _[signature]_  Custodian or Proxy     Date 7/17/24

Assistant U.S. Attorney and Mr. Snyder (pro se) have no objections to this modification. Defense counsel Gerald Ruter is also aware of this modification. All other conditions of release not inconsistent with this Order shall remain in full force and effect.

_[signature]_   07/16/2024
Signature of U.S. Pretrial Services Officer     Date

_[signature]_   07/16/2024
Signature of Supervisory U.S. Pretrial Services Officer     Date

☒ The above modification of conditions of release is ordered, to be effective on July 17, 2024.

☐ The above modification of conditions of release is *not* ordered.

_[signature]_   July 17, 2024
Signature of Judicial Officer     Date
Deborah L. Boardman
United States District Judge