UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

October 28, 2024

**LETTER ORDER**

RE:   *United States v. Stephen L. Snyder*
      DLB-20-337

Dear Counsel and Mr. Snyder:

This letter summarizes the matters decided at the pre-trial conference on Monday, October 28, 2024 and identifies the remaining issues that will be resolved at the hearing on Monday, November 4, 2024. The parties are encouraged to request and review the transcript of today's hearing if they have any questions about the Court's on-the-record rulings.

### I.   MOTION TO PRODUCE GRAND JURY TRANSCRIPT

According to the parties, the government produced the grand jury transcript. Therefore, Mr. Snyder's motion to produce the grand jury transcript, ECF 209, is denied as moot.

### II.   MOTIONS IN LIMINE

During the conference, the Court ruled on Mr. Snyder's motion in limine, ECF 220, and the government's motions in limine, ECF 220 & 235. For the reasons stated on the record, Mr. Snyder's motion in limine, ECF 220, is granted; the government's first motion in limine, ECF 224, ¶ I, is granted; the government's second motion in limine, ECF 224, ¶ II, is granted, and the government is instructed not to refer to the Maryland Attorney Grievance Commission's investigation; the government's third motion in limine, ECF 224, ¶ III, is granted; the government's fifth motion in limine, ECF 224, ¶ V, is denied; the government's sixth motion in limine, ECF 224, ¶ VI, is granted in part and denied in part—Jack Marshall can testify regarding facts he personally observed concerning the proposed consulting agreement, but cannot testify as to whether the June 2018 meeting was recorded or the propriety of such a recording; and the government's seventh motion in limine, ECF 235, at 2, is granted. The government's fourth motion in limine, ECF 224, ¶ IV, is denied as to the testimony of Kenneth Feinberg, and the Court reserves ruling on the motion as to Jonathan Schraub. Mr. Snyder must inform the Court whether he plans to call Schraub as an expert witness by Wednesday, October 30, 2024, at 6:00 p.m.

### III.   MOTION TO SEAL

The Court reserves ruling on the government's motion to seal, ECF 236. The government may provide supplemental briefing on the motion by Wednesday, October 30, 2024, at 6:00 p.m.

If Mr. Snyder wants to request relief concerning the information on the third page of the sealed motion in limine, ECF 235, he must do so by Wednesday, October 30, 2024, at 6:00 p.m.

### IV. JURY INSTRUCTIONS

The Court sustained Mr. Snyder's objection to jury instruction number 48 in the proposed instructions, ECF 222, at 52. This instruction will not be given at trial. If Mr. Snyder objects to any other jury instructions, he must file his objections by Wednesday, October 30, 2024, at 6:00 p.m.

### V. VOIR DIRE

The Court will aim to provide voir dire to the parties by the end of this week.

### VI. OTHER FILINGS

If the parties wish to file any other pretrial motions, they must do so by Wednesday, October 30, 2024, at 6:00 p.m. Any responses to filings on Wednesday are due by Friday, November 1, 2024 at 6:00 p.m.

### VII. EXHIBITS

The government must provide its exhibit list to Mr. Snyder by Friday, November 1, 2024, at 6:00 p.m. By the end of this week, the parties should meet and confer about the technology they intend to use to display exhibits to the jury and to witnesses.

### VIII. FINAL PRE-TRIAL CONFERENCE

A final pre-trial conference will be held on Monday, November 4, 2024, at 2:00 p.m. in Baltimore. At the hearing, the Court will resolve all remaining pretrial issues, including jury instructions, objections to the government's exhibits, voir dire, the government's motion to seal, and the government's motion in limine as to Jonathan Schraub.

Although informal, this letter is an Order of the Court and shall be docketed as such. The Clerk shall mail a copy of this Order to Mr. Snyder.

Sincerely,

Deborah L. Boardman
United States District Judge