UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
MDD_DLBChambers@mdd.uscourts.gov

October 30, 2024

**LETTER ORDER**

RE:   *United States v. Stephen L. Snyder*
       DLB-20-337

Dear Counsel and Mr. Snyder:

Today, the government filed two additional motions in limine. ECF 243. In motion in limine 8, the government asks the Court to order Mr. Snyder to provide his exhibit and witness lists and copies of his exhibits to the government by November 8, 2024. The government asserts that the government is not familiar with the evidence that Mr. Snyder may use at trial because, contrary to his assertions at the October 28 hearing, Mr. Snyder has not complied with his reciprocal discovery obligations under Rule 16(b)(1)(A) to produce documents he intends to use in his case-in-chief at trial. The government argues that if it does not receive Mr. Snyder's exhibits and exhibit list well in advance of trial, trial will be unnecessarily prolonged as the government reviews and, as it deems appropriate, objects to evidence. In motion in limine 9, the government asks the Court to order Mr. Snyder to comply with his reciprocal discovery obligations under Rule 16(b)(1)(A). The government also asks Mr. Snyder to disclose the expert witness he referenced at the October 28 hearing but has not yet disclosed. Under Rule 16(b)(1)(C), Mr. Snyder must disclose any expert opinions, bases and reasons for those opinions, and the qualifications of any expert witnesses that he intends to use in his case-in-chief at trial.

Mr. Snyder is directed to produce his Rule 16(b)(1)(A) discovery and any additional Rule 16(b)(1)(C) disclosures by Friday, November 1, 2024, at 6 p.m. The Court will address the timing of the production of Mr. Snyder's exhibits, exhibit list, and witness list at the November 4 hearing.

Although informal, this letter is an Order of the Court and shall be docketed as such. The Clerk shall mail a copy of this Order to Mr. Snyder.

Sincerely,

Deborah L. Boardman
United States District Judge