IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. DLB-20-00337 |
| STEPHEN L. SNYDER, | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE PHYSICAL EXHIBIT**

The United States seeks leave to file an exhibit in physical format. Exhibit 2 to the Government's Opposition to the Defendant's Third Motion to Dismiss, ECF No. 255, is a video that is the subject of the Motion. The Government is seeking leave to file the video in its native format. The video has been delivered to the Clerk and will be served on the Defendant. Wherefore, the United States requests leave to file a physical copy of Exhibit 2 to ECF No. 255.

                                                                      Erek L. Barron
                                                                      United States Attorney

                                                                     ___/s/_____
                                                                      Matthew P. Phelps
                                                                      Evelyn L. Cusson
                                                                      Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this filing was served on the defendant via first class mail to the following address:

Stephen L. Snyder
7307 Park Heights Avenue, Apt. 200
Encore Building,
Pikesville, Maryland 21208

                                                                     ___/s/_____
                                                                      Matthew Phelps
                                                                      Assistant United States Attorney