IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO.  DLB-20-00337 |
| STEPHEN L. SNYDER, | |
| Defendant. | |

### PROPOSED ORDER

Upon consideration of the United States' Motion for Leave to File Physical Exhibit, ECF No. 256, and with no opposition thereto, it is this ___ day of November 2024 hereby ORDERED that the MOTION IS GRANTED and Exhibit 2 shall be received as an exhibit to ECF No. 256.

_____
Hon. Deborah L. Boardman
United States District Judge

1