IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

    v.                       *     Case No DLB-20-337

STEPHEN SNYDER            *

    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of Defendant Stephen Snyder's motion to extend the filing deadline for his sentencing memorandum, it is this 14th day of March, 2025, hereby ORDERED that the motion is GRANTED and Snyder has until March 24, 2025, to submit his sentencing memorandum.

_____
Honorable Deborah L. Boardman
United States District Judge