IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. DLB-20-337 |
| STEPHEN SNYDER | * | |

\* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION REQUESTING RETURN OF PASSPORT

Stephen Snyder, by and through his attorney, C. Justin Brown, Brown Law, respectfully moves this Honorable Court to issue an order authorizing the return of his United States passport, which is currently held by the Clerk of the United States District Court for the District of Maryland.

On October 20, 2020, as a Condition of Pretrial Release, Snyder was ordered to surrender his passport. ECF No. 7. Snyder surrendered his passport to the Clerk of the United States District Court in Baltimore, Maryland. Snyder was supervised by the Pretrial Services Office in the District of Maryland.

On April 3, 2025, Snyder was sentenced to three years of supervised probation, with six months of house arrest. ECF No. 352. The house arrest portion of the sentence will conclude this week.

Snyder now seeks the return of his passport from the Clerk's Office for the District Court of Maryland. Snyder is aware that his probation conditions preclude him from traveling outside of his judicial district without authorization, and he has no intention of doing so unless and until he is authorized to do so.

The Government, through AUSA Matthew Phelps, and U.S. Probation consent to the relief requested herein.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion and authorize the return of his passport.

Respectfully Submitted,

_____/s/_____
C. Justin Brown
BROWN LAW
233 E. Redwood St., Suite 1000C
Baltimore, Maryland 21202
Tel: 410-244-5444
Fax: 410-934-3208
brown@cjbrownlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025, a copy of this Motion was served on all parties via CM/ECF.

_____/s/_____
C. Justin Brown

2